# Exhibit 1

## NEGOTIATED WAGE-AND-HOUR SETTLEMENT AGREEMENT AND RELEASE

**WHEREAS,** Stephanie Sanz, Taylor Meschke, Meagan McCall, Katelyn Canning, Jennifer Bleiweiss, Victoria Fiorenza, Destiny Frye, Annya Santana, Jessica Carillo, Jessica Wafer, Noelle Weston, Ashlee Carroll, Stephanie Walsh, Sarah Hicks, Merrisa Principe, Erica Bray, Talia McKinney, Nykya Luce, Maimuna Rivera, Chelsea Lovett, Ashlee Toll, Sylvia Tonska, Melanie Scamfer, Rhoda Galawanji, Ellie MacPherson, Joanna Rrezja, Kate Lippestreu, Stephany Lebron, Sita Gallagher, Oscar Rojas, Juan Balbuena, Hugo Arevalo, Jose Pelaez, Alfonso Logo, Petronilo Pastrana, Javier Viera, Jerson Morillo, Horatio Zamora, Hipolito Mendez, Bryan Harmin, Chris Loupos, James Fransioli, Matthew DeRogatis, Jeffrey O'Connell, Michaela Miller, Michelle Matamoros, Shannon Kelley, Kate Regan, Ashley McHugh, Rita Morales, Maria Salazar, Shereen Mohammed, Katherine Whelan, Melanie Young and Sunday Wright (each referred to individually as "Plaintiff" and collectively as "Plaintiffs") have made certain wage-and-hour claims against Johny Utah 51 LLC, ( "Johnny Utah's"), John Sullivan, Robert Werhane, Thomas Casabona, J.R. Lozada (collectively, the "Individual Defendants") (Johnny Utah's and the Individual Defendants together are "Defendants" or "Releasees") (Plaintiffs and Defendants together are the "Parties");

**WHEREAS,** these wage-and-hour claims were brought in a lawsuit captioned as Stephanie Sanz, et al v. Johny Utah 51 LLC, et al, No. 14-CV-4380, which was styled as a class and collective action and which was commenced with the filing of a Complaint in the Federal District Court for the Southern District of New York on June 17, 2014 (the "Lawsuit");

**WHEREAS,** Plaintiffs' wage-and-hour claims alleged entitlement to damages resulting from Defendants' alleged violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law, Article 6, §§190 et seq., Article 19, §§650 et seq. ("NYLL"); and 12 New York Codes, Rules, and Regulations, §§142-2.1 et seq.;

**WHEREAS**, Defendants expressly deny any wrongdoing whatsoever;

**WHEREAS,** on March 6, 2015, the Parties reached an amicable and final resolution of all Plaintiffs' wage-and-hour claims against Defendants on a non-class basis, in order to avoid the expense and inconvenience of further proceedings; and,

**NOW THEREFORE,** in consideration of the obligations upon the Parties as set forth in this Negotiated Wage and Hour Settlement Agreement and Release (the "Wage and Hour Settlement Agreement"), and in full settlement of any claims that Plaintiffs have, had, may have or may have had against Defendants, the Parties agree as follows:

1.     **Payment.**  Defendants agree to pay Plaintiffs and their attorneys, in the aggregate, the amount of Four Hundred Fifty Thousand Dollars and Zero Cents ($450,000.00) in settlement of any and all wage-and-hour claims against Defendants (the "Settlement Payment").  In connection with the Settlement Payment the Parties understand and agree that no portion of the Settlement Payment represents punitive damages or a payment in lieu of punitive damages. The Settlement Payment will be made as follows:

a.  Within 45 days of Plaintiffs, collectively, providing Defendants with an executed Wage and Hour Settlement Agreement, which shall begin running after the seven (7) day revocation period has run as delineated in Paragraph 15(f) below, and provided the Wage and Hour Settlement Agreement has been approved by the Court, and provided that a substitution of counsel has been filed reflecting the withdrawal of Imbesi Christensen as counsel of record with the substitution of Wigdor LLP as sole counsel of record, Defendants will deliver to Wigdor LLP checks made payable to each individual Plaintiff in the amounts specified in Exhibit A under the column "Total W2 Payment," (which consists of adding the columns "Settlement Allocation" and "Enhancement Payment"). These payments are made to compensate Plaintiffs for their wage claims.   Defendants will issue Form W2s to each Plaintiff for the amount specified.

b.  Within 45 days of Plaintiffs, collectively, providing Defendants with an executed Wage and Hour Settlement Agreement, which shall begin running after the seven (7) day revocation period has run as delineated in Paragraph 15 (f) below,  and provided the Wage and Hour Settlement Agreement has been approved by the Court,  and provided that a substitution of counsel has been filed reflecting the withdrawal of Imbesi Christensen as counsel of record with the substitution of Wigdor LLP as sole counsel of record, Defendants will deliver to Wigdor LLP a check made payable to Wigdor LLP in the amount of $137,440 (One Hundred Thirty-Seven Thousand Four Hundred Forty Dollars) in recognition of attorneys' fees and costs incurred by Plaintiffs in the Lawsuit.  Defendants will issue Form 1099s to each Plaintiff for the amounts specified in the column entitled "Attorneys' Fees and Costs" in Exhibit A. Defendants also will issue a Form 1099 to Wigdor LLP for the full amount of this payment.

c.  Within 45 days of Plaintiffs providing Defendants with an executed Wage and Hour Settlement Agreement, which shall begin running after the seven (7) day revocation period has run as delineated in Paragraph 15 (f )below,  and provided the Wage and Hour Settlement Agreement has been approved by the Court, and provided that a substitution of counsel has been filed reflecting the withdrawal of Imbesi Christensen as counsel of record with the substitution of Wigdor LLP as sole counsel of record, the Parties agree that the amount of Fifty Thousand Dollars ($50,000) from the Settlement Payment will be held in the escrow account of the Law Offices of Lori A. Sullivan  for a period of twelve (12) months (as modified below) following Court approval of the Wage and Hour Settlement Agreement (the "Escrow Funds").  The Escrow Funds shall be used to attempt to resolve any claims by any additional individuals who threaten, assert and/or file wage-and-hour claims against Defendants based on the time period at issue in the Lawsuit ("Future Claimant(s)").  Plaintiffs' counsel and Martin Scheinman, Esq. will be notified of any Future Claimant as soon as practicable but no later than seven

(7) days after Defendants' become aware of such claim. If Plaintiffs' counsel become aware of such claims first, Defendants' counsel and Martin Scheinman, Esq. will be notified of any Future Claimants as soon as practicable but no later than seven (7) days after Plaintiffs' counsel become aware of such claim, subject to Plaintiffs' counsel's ethical obligations.  To the extent that any Future Claimants seek wage-and-hour claims based upon allegations of violations of the FLSA, the Defendants have the right to contest such claims as not timely based upon the failure to opt-in. To the extent Defendants seek to use the Escrow Funds to resolve any claims by a Future Claimant, Plaintiffs' counsel will be provided all necessary and material information regarding such Future Claimant's claims, and Plaintiffs' counsel and Defendants will attempt to negotiate in good faith as to the amount of Escrow Funds that can be used towards resolving such Future Claimant's claims.  If the Parties cannot agree, such claims will be submitted to Martin Scheinman, Esq. who will determine whether claims based upon allegations of violations of the FLSA are barred by the failure of Future Claimants to timely opt-in to the Lawsuit and to determine the amount, if any, of such disbursement. In the event that Future Claimants are represented by Wigdor LLP, Wigdor shall be paid one-third of that settlement amount from the Escrow Funds as counsel fees.  In the event that Future Claimants are represented by counsel other than Plaintiffs' counsel, the Defendants may resolve those claims from the Escrow Funds and provide notice of each such settlement to Plaintiffs' counsel within seven (7) days of the payment of each such settlement and Wigdor LLP will not be entitled to counsel fees in this situation. In the event that at the end of the twelve (12) month period, providing that there are no pending and unresolved wage and hour claims for Future Claimants, the remainder of the funds in the Escrow Fund will be divided between Plaintiffs and Defendants with half of the balance reverting back to John Sullivan and the other half of the remainder to be distributed among the Plaintiffs. In this case half of the balance reverts back to John Sullivan and the other half of the remainder is to be distributed among the Plaintiffs (with two-thirds of that amount returned to Plaintiffs and one-third of that amount to be paid to Wigdor LLP as attorneys' fees).  The portion of the Escrow Funds going to Plaintiffs will be distributed *pro rata* using the distribution formula reflected in Exhibit A. In the event that there are pending and unresolved claims by Future Claimants at the end of the twelve (12) month period, those claims will be resolved and within thirty (30) days of the final Future Claimant's claim being paid the remainder of the funds in the Escrow Fund will be divided between Plaintiffs and Defendants, with half of the balance reverting back to John Sullivan and the other half of the remainder is to be distributed among the Plaintiffs (with two-thirds of that amount returned to Plaintiffs and one-third of that amount to be paid to Wigdor LLP as attorneys' fees).  The portion of the Escrow Funds going to Plaintiffs will be distributed *pro rata* using the distribution formula reflected in Exhibit A.

d.  To the extent the Wage and Hour Settlement Agreement has not been approved by the Court as of the due date for the payments provided for in Paragraphs 1, the due date for such payment will be modified and extended beyond the applicable 30-day deadline to 10 days following the date the Court approves the Wage and Hour Settlement Agreement, which shall begin running after the seven (7) day revocation period has run as delineated in Paragraph 15(f) below.  To the extent the Court does not approve this Wage and Hour Settlement Agreement in whole or in part (other than as provided herein), the entire Wage and Hour Settlement Agreement will be null and void, and the Parties will endeavor to modify the Wage and Hour Settlement Agreement in a manner that will be acceptable to the Court.  If the Parties are unable to do so, the Lawsuit will proceed.  Both Parties reserve all rights to appeal any aspect of any order from the Court that does not fully approve any aspect of the Wage and Hour Settlement Agreement.

**2.**     **Court Approval of the Settlement and Dismissal of the Lawsuit.**  Within five (5) days of Plaintiffs providing Defendants with an executed Wage and Hour Settlement Agreement, the Parties will submit a joint letter to the Court describing the fairness of the Wage and Hour Settlement Agreement and seeking the Court's expedited approval of the Wage and Hour Settlement Agreement in the form attached hereto as Exhibit B.  Moreover, contemporaneous with the execution of this Wage and Hour Settlement Agreement, Plaintiffs' counsel will execute a Stipulation of Dismissal, dismissing all claims in the Lawsuit against all Defendants with prejudice, in the form attached hereto as Exhibit C.  Defendants' counsel will hold the executed Stipulation of Dismissal in escrow, and will only be permitted to file it with the Court, in accordance with the terms of the separate document titled "Settlement Agreement and General Release of All Claims" ("Settlement Agreement") which shall be incorporated by reference into this Wage and Hour Agreement.

**3.**     **Indemnification.**  Each individual Plaintiff agrees to indemnify Releasees (as defined below) should Releasees face any adverse tax consequences or liability including but not limited to any interest or penalty, as a result of its payment of the Settlement Payment and allocation thereof to that individual Plaintiff or any audit as a result of and related to Releasees' payment of the Settlement Payment to that individual Plaintiff, with the exception of any liability arising from the fault or negligence of Releasees.  Plaintiffs also will not be required to indemnify Releasees with respect to any failure on the part of Defendants to pay the "applicable withholdings" referred to in Paragraphs 1(b) to the appropriate authority.  Nothing in this Paragraph 3 shall be interpreted to require an individual Plaintiff to indemnify Releasees for any adverse tax consequences or liability as a result of its payment of the Settlement Payment to any other individual Plaintiff or any audit as a result of and related to Releasees' payment of the Settlement Payment to any other individual Plaintiff.

**4.**     **Representation by Plaintiffs' Counsel.**  Jeanne Christensen, Esq. affirms that as of the execution of this Wage and Hour Settlement Agreement, neither she nor any employee of Wigdor LLP is aware of any employee or former employee of Johnny Utah's who is interested in or planning to assert any claims against Johnny Utah's in any forum.  Ms. Christensen further affirms that she will instruct all attorneys at Wigdor LLP not to affirmatively contact and/or

solicit any employees and/or former employees of Johnny Utah's for purposes of asserting any claims.  Notwithstanding the above, Ms. Christensen and Wigdor LLP will comply with all ethical rules and regulations and any provision of this Wage and Hour Settlement Agreement deemed to be inconsistent with any ethical rules and regulations shall be deemed null and void.

      **5.**    **No Future Employment.** Plaintiffs acknowledge that any employment or contractual relationship with Defendants is irrevocably severed, and that they have no further employment or contractual relationship except as may arise out of this Agreement.  Plaintiffs hereby waive any right or claim to reinstatement as an employee and, to the extent permitted by law, Plaintiffs will not seek employment with the Defendants, their present and former parents, subsidiaries, divisions, affiliates, agents, insurers, reinsurers, employees, directors, trustees, officers, members, representatives, predecessors, successors, and assigns, and that the Plaintiffs forbearance from doing so is contractual and is in no way discriminatory, retaliatory or involuntary.

      **6.**    **Plaintiffs' Release of Releasees.**  In exchange for the promises and payments made by Defendants and Plaintiffs as outlined in this Wage and Hour Settlement Agreement, the Parties agree as follows:

      a.    Plaintiffs hereby warrant, represent and certify that, other than the Lawsuit, that no Plaintiff has any pending complaint, lawsuit, action, cause of action in law or equity, administrative charge, claim, controversy, demand, grievance and/or proceeding whatsoever arising out of conduct that took place in connection with their employment at Johnny Utah's and/or arising out of the allegations of the Complaint in the Lawsuit.

           For and in consideration of the payments described in Section 1 above, and for other good and valuable consideration, each individual Plaintiff, on behalf of them self, their heirs, administrators, executors and assigns, hereby releases and forever discharges Defendants and their present and former parents, subsidiaries, divisions, affiliates, agents, insurers, reinsurers, employees, directors, trustees, officers, members, representatives, predecessors, successors, and assigns, and all of their successors and assigns, and its insurance carrier, from any and all wage-and-hour causes of action, suits, claims, charges, or complaints, known or unknown, which each individual Plaintiff has, may have or claim to have against Defendants and their present and former parents, subsidiaries, divisions, affiliates, agents, insurers, reinsurers, employees, directors, trustees, officers, members, representatives, predecessors, successors, and assigns, and all of their successors and assigns and its insurance carrier, arising out of conduct that took place in connection with their employment at Johnny Utah's and/or arising out of the allegations of the Complaint in the Lawsuit, including, without limitation, any claims or rights each individual Plaintiff may have under the Fair Labor Standards Act, the New York Labor Law ("NYLL") Wage and Hour Laws; New York Labor Law § 198 et. seq;  New York Labor Law ("NYLL"), Article 6, §§ 190 et seq.,

Article 19, §§ 650 *et seq.*, and 12 New York Codes, Rules and Regulations ("NYCRR"), §§ 142-2.1 et seq*;*

b. Nothing in this Agreement prevents the Plaintiffs from participating in or cooperating in any governmental, administrative, or regulatory investigation or proceeding regarding the Defendants, but the Plaintiffs acknowledge and agree that each individually and collectively shall not seek, accept or be entitled to any monetary relief with respect to any such charge, investigation or proceeding.

c. Each Plaintiff (for the Plaintiff's self and heirs, successors and assigns) fully releases and discharges Defendants and Defendants' present and former parent companies, subsidiaries, related or affiliated companies, and their respective shareholders, officers, directors, employees, members, managers, fiduciaries, trustees, employee benefit plan administrators, agents, attorneys, insurers, successors and assigns, and all persons or entities acting by, through, under or in concert with any of them, and any individual or entity which could be jointly liable with any of them (collectively, the "Releasees"), from any and all claims, current or possible arising out of conduct that took place at Johnny Utah's for any wage and hour violations under federal, state, and/or local law, including but not limited to, any and all claims for unpaid wages, gap time pay, overtime pay, failure to maintain and furnish employees with proper wage records and all other claims that were or, could have been asserted in the Lawsuit, whether known or unknown, under federal, state, and/or local wage and hour laws (including but not limited to the FLSA, NYLL and New York Code of Rules and Regulations), from the beginning of the world up to  the date of the execution of the Settlement Agreement.

d. The release contained in this Paragraph 6 does not affect or limit: (i) Plaintiffs' rights to enforce the Releasees obligations herein; and (ii) Plaintiffs' right to bring and recover damages for any claims that, under controlling law, may not be released by this Settlement.

e. The Release contained in this Paragraph 6 does not affect or limit Plaintiffs Michaela Miller, Jennifer Bleiweiss and Sarah Marie Hicks to bring and recover damages in the action entitled *Michaela Miller, et al. v. 978 Second Pub, Inc., et al.*, No. 14-cv-7981(PAC), pending in the United States District Court of the Southern District of New York.

**7.**     **Liens – Indemnity and Hold Harmless:**  It is expressly understood and agreed, the Plaintiffs further covenant and agree that any and all Medicare, Social Security, hospital, medical insurance coverage subrogation claims and/or any and all other type of liens or interest relating to the Lawsuit that is and/or could be claimed by any person and/or entity, will be fully paid, satisfied and released from the Settlement Payment paid herein, in trust, unless and until such time as said liens and/or claims have been fully paid, satisfied or released.  In this regard, the Plaintiffs agree to indemnify and hold harmless the Defendants, their insurance carriers, their

attorneys and all others in privity with them, from any claim by, through and/or under the Plaintiff including, but not limited to, any direct claim by Medicare and/or Social Security for reimbursement of any funds paid by them relating to the Lawsuit.

8.    **Defendants' Release of Plaintiffs.**   In exchange for the promises and release made as outlined in this Wage and Hour Settlement Agreement, the Parties agree as follows::

   a.   Defendants hereby warrant, represent and certify that no Defendant has any pending complaint, lawsuit, action, cause of action in law or equity, administrative charge, claim, controversy, demand, grievance and/or proceeding against any Plaintiff in any forum;

   b.   Each Defendant hereby releases, waives and agrees not to institute voluntarily or to be represented in, submit or file, or permit to be submitted or filed on his behalf or anyone else's behalf any complaints, lawsuits, actions, causes of action, controversies, demands, grievances and/or proceedings whatsoever, whether in law or equity, with any administrative agency or court or any other forum, under federal, state or local laws or regulations including any claim for attorneys' fees, expenses or costs relating solely to wage-and-hour issues , from the beginning of the world up to and including the date of this Wage and Hour Settlement Agreement and shall not, from any source or proceeding whatsoever, seek, or in any way obtain or accept any award, recovery, settlement or relief therefrom; and

   c.   The Release contained in this Paragraph 8 does not affect or limit: (i) Defendants' rights to enforce Plaintiffs' obligations herein; and (ii) Plaintiffs' right to bring and controlling law, may not be released by this Settlement.

9.    **Mutual Non-Disparagement.**

   a.   Plaintiffs each agree that they will not collectively or individually (i) make any statements (orally, in writing, or through any other means) including, but not limited to, any public statements, or statements to the media; (ii) publish or cause to be published any books, articles, journals, videos, scripts or treatments; or (iii) publish, post, or cause to be published or posted any blog entry, tweet, or other internet or social media posting, which impugns or disparages any Defendant.

   b.   The Individual Defendants each agree that they will not collectively or individually (i) make any statements (orally, in writing, or through any other means) including, but not limited to, any public statements, or statements to the media; (ii) publish or cause to be published any books, articles, journals, videos, scripts or treatments; or (iii) publish, post, or cause to be published or posted any blog entry, tweet, or other internet or social media posting, which impugns or disparages any Plaintiff.

**10.**    **Confidentiality.**  The individual Plaintiffs agree not to disclose the terms of this Wage and Hour Settlement Agreement, orally, in writing, or through any other means, including, but not limited to, (i) any public statements, or statements to the media or on social media; (ii) publish or cause to be published any books, articles, journals, videos, scripts or treatments; or (iii) publish, post, or cause to be published or posted any blog entry, tweet, or other internet or social media posting.  It shall be considered a violation of this Settlement Agreement for the Plaintiffs to publicize the terms of this Settlement Agreement as delineated in this Paragraph. Notwithstanding anything to the contrary, the individual Plaintiffs shall be permitted to disclose the terms of this Wage and Hour Settlement Agreement (i) as may be required by court or administrative order or subpoena or to a government entity or agency in connection with any charge, investigation or inquiry or as otherwise required by law; (ii) to a Party's attorney(s), accountant(s), tax or financial advisor(s) or immediate family; and (iii) in proceedings arising from or pertaining to this negotiated Wage and Hour Settlement Agreement.  To the extent any Plaintiff or Defendant is asked about the Lawsuit, each Plaintiff and/or Defendant shall be permitted to state that the matter was resolved, but nothing further.  Any violations by Plaintiff(s) of this Paragraph, as permitted by law, will result in liquidated damages owed by the breaching Plaintiff(s) to the Defendants in the amount of the payment made directly to such Plaintiff under Paragraph 1.  Plaintiffs' counsel will be permitted to disclose the Wage and Hour Settlement Agreement as may be necessary in connection with obtaining Court approval, but will only make such disclosures as may be agreed upon with Defendants' counsel and/or ordered by the Court. Notwithstanding any other provision in the Wage and Hour Settlement Agreement, to the extent the Court does not approve any aspect of this Confidentiality provision and/or modifies this Confidentiality provision in any way, the remainder of the Wage and Hour Settlement Agreement will remain in full force and effect.

**11.**    **Dispute Resolution.**  All disputes concerning this Wage and Hour Settlement Agreement, including, but not limited to, determination of the viability of Future Claimants as opt-in plaintiffs, and Future Claimants right to any portion of the Escrow Funds, its validity, interpretation, enforceability, effect or alleged breach thereof, are to be resolved by Martin Scheinman, Esq. as the sole arbitrator.  All Parties expressly waive their right to appeal from any decision of Martin Scheinman, Esq.  However, this Paragraph does not apply due to the Court's refusal to approve the Wage and Hour Settlement Agreement or Defendants' failure to make the payments as provided in Paragraph 1(a)-(d).  The Party initiating arbitration under this Paragraph will pay any initial arbitration fees; however, the prevailing Party will be entitled to attorneys' fees and costs incurred in the action, to include arbitration fees, if any.

**12.**    **Severability.**  Plaintiffs and Defendants agree that if any of the provisions, terms, clauses, waivers and releases of claims and rights contained in this Wage and Hour Settlement Agreement are declared illegal, unenforceable or ineffective in a forum of competent jurisdiction, such provisions, terms, clauses, waivers and releases of claims or rights shall be modified, if possible, in order to achieve, to the extent possible, the intentions of Plaintiffs and Defendants, and, if necessary, such provisions, terms, clauses, waivers and releases of claims and rights shall be deemed severable, such that all other provisions, terms, clauses, waivers and releases of claims and rights contained in this Wage and Hour Settlement Agreement shall remain valid and binding upon Plaintiffs and Defendants.

**13.**   **Modification.**   Plaintiffs and Defendants agree that this Wage and Hour Settlement Agreement may not be altered, amended, modified, superseded, canceled or terminated except by an express written agreement duly executed by all Plaintiffs and Defendants and with Court approval.

**14.**   **Integration.**   Contemporaneously with the mutual execution of this Wage and Hour Settlement Agreement, certain Plaintiffs who asserted claims beyond wage-and-hour claims shall execute a separate settlement agreement titled Settlement Agreement and General Release of All Claims.  To the extent  this Wage and Hour Settlement Agreement is not approved by the Court (with the exception of a modification to and/or disapproval of the confidentiality provision),  the Wage and Hour Settlement Agreement shall be deemed null and void and the Settlement Agreement and General Release of All Claims will also be deemed null and void. This Settlement Agreement, together with the confidential Settlement Agreement and General Release of All Claims , sets forth the entire Agreement between all Plaintiffs and Defendants, and fully supersedes or integrates any and all prior agreements or understandings between the Parties to the subject matter thereof and if both are deemed null and void the Lawsuit will continue to be litigated in its entirety.

**15.**   **Knowing and Voluntary Agreement.**   Plaintiffs agree and affirm that:

    a.   They have carefully read and fully understands all of the provisions of this Settlement Agreement;

    b.   They were advised and hereby are advised to consider carefully the terms of this Settlement Agreement and consult with an attorney and translator (as needed) prior to executing this Agreement, and have considered the terms of this Settlement Agreement and consulted with an attorney and translator (as needed) prior to executing it;

    c.   They have been given twenty one (21) days to consider their rights and obligations under this Settlement Agreement and to consult with an attorney before executing it;

    d.   This Settlement Agreement is legally binding, and by signing it, Plaintiffs understand that they are giving up certain rights as articulated in Paragraph 6 above;

    e.   They have signed this Settlement Agreement freely and voluntarily, without duress, coercion or undue influence and with full and free understanding of its terms;

    f.   They have a full seven (7) calendar days following their execution of this Wage and Hour Settlement Agreement to revoke it by notifying Defendants of their desire to revoke, and have been and hereby are advised that this Agreement shall not become effective or enforceable until the seven (7) day revocation period has expired; and

g. They have each reviewed the Exhibits to this Wage and Hour Settlement Agreement and agree that the payments provided for in Exhibit A, as well as in Paragraph 1 of this Wage and Hour Settlement Agreement, are accurate. Each Plaintiff further represents that this Wage and Hour Settlement Agreement constitutes informed consent concerning the settlement of the Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.** **Mediation Fees.** Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.** **Counterpart Execution Permissible.** This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument. Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.** **Notices.** All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068. All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.** **Interpretation of Agreement.** The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

_____   _____        _____   _____
Stephanie Sanz            Date              Taylor Meschke            Date


_____   _____        _____   _____
Meagan McCall             Date              Katelyn Canning           Date


_____   _____        _____   _____
Jennifer Bleiweiss        Date              Victoria Fiorenza         Date

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | 4·6·15 | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | Melanie Young | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC          Date

By: Robert Werhane on behalf of himself          Date

By: Thomas Casabona on behalf of himself          Date

By: J.R. Lozada on behalf of himself          Date

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | 4/6/15 Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | Melanie Young | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC        Date

By: Robert Werhane on behalf of himself        Date

By: Thomas Casabona on behalf of himself        Date

By: J.R. Lozada on behalf of himself        Date

_Jerson Morillo_ 4/6/15     Horatio Zamora
Jerson Morillo    Date          Horatio Zamora    Date

Hipolito Mendez    Date          Bryan Harmin    Date

Chris Loupos    Date          James Fransioli    Date

Matthew DeRogatis    Date          Jeffrey O'Connell    Date

Michaela Miller    Date          Michelle Matamoras    Date

Shannon Kelley    Date          Kate Regan    Date

Ashley McHugh    Date          Rita Morales    Date

Maria Salazar    Date          Shereen Mohammed    Date

Sunday Wright    Date          Melanie Young

By: John Sullivan on behalf of himself and Johny Utah 51 LLC    Date

By: Robert Werhane on behalf of himself    Date

By: Thomas Casabona on behalf of himself    Date

By: J.R. Lozada on behalf of himself    Date

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| _Talia McKinney_ | 4/29/15 | Nykya Luce | Date |
| Talia McKinney | Date | | |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | 4/3/2015 Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | 4/3/2015 / Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |

Sunday Wright          4/3/15
Sunday Wright          Date


By: John Sullivan on behalf of himself and Johny Utah 51 LLC          Date

By: Robert Werhane on behalf of himself          Date

By: Thomas Casabona on behalf of himself          Date

By: J.R. Lozada on behalf of himself          Date

CONFIDENTIAL

_____    _____    _Horacio Zamora_  4-3-15.
Jerson Morillo             Date         Horatio Zamora        Date

_____    _____    _____    _____
Hipolito Mendez            Date         Bryan Harmin               Date

_____    _____    _____    _____
Chris Loupos               Date         James Fransioli            Date

_____    _____    _____    _____
Matthew DeRogatis          Date         Jeffrey O'Connell          Date

_____    _____    _____    _____
Michaela Miller            Date         Michelle Matamoras         Date

_____    _____    _____    _____
Shannon Kelley             Date         Kate Regan                 Date

_____    _____    _____    _____
Ashley McHugh              Date         Rita Morales               Date

_____    _____    _____    _____
Maria Salazar              Date         Shereen Mohammed           Date

_____    _____
Sunday Wright              Date


_____    _____
By: John Sullivan on behalf of himself and Johny Utah 51 LLC    Date

_____    _____
By: Robert Werhane on behalf of himself                   Date

_____    _____
By: Thomas Casabona on behalf of himself                  Date

_____    _____
By: J.R. Lozada on behalf of himself                      Date

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date 4/3/2015 |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC   Date

By: Robert Werhane on behalf of himself   Date

By: Thomas Casabona on behalf of himself   Date

By: J.R. Lozada on behalf of himself   Date

CONFIDENTIAL

g. They have each reviewed the Exhibits to this Wage and Hour Settlement Agreement and agree that the payments provided for in Exhibit A, as well as in Paragraph 1 of this Wage and Hour Settlement Agreement, are accurate. Each Plaintiff further represents that this Wage and Hour Settlement Agreement constitutes informed consent concerning the settlement of the Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.    Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.    Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument.  Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.    Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068.  All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.    Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Stephanie Sanz | Date | Taylor Meschke | Date |
| _____ | _____ | _____ | _____ 4/3/15 |
| Meagan McCall | Date | Katelyn Canning | Date |
| _____ | _____ | _____ | _____ |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC    Date

By: Robert Werhane on behalf of himself    Date

By: Thomas Casabona on behalf of himself    Date

By: J.R. Lozada on behalf of himself    Date

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | 4-3-15 Date |

CONFIDENTIAL

| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | 04/03/15 Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | |
|---|---|
| Destiny Frye        Date | Annya Santana       Date |
| Jessica Carillo     Date | Jessica Wafer       Date |
| Noelle Weston       Date | Ashlee Carroll      Date |
| Stephanie Walsh     Date | Sarah Hicks         Date  4/3/15 |
| Merrisa Principe    Date | Erica Bray          Date |
| Talia McKinney      Date | Nykya Luce          Date |
| Maimuna Rivera      Date | Chelsea Lovett      Date |
| Ashlee Toll         Date | Sylvia Tonska       Date |
| Melanie Scamfer     Date | Rhoda Galawanji     Date |
| Ellie MacPherson    Date | Joanna Rrezja       Date |
| Kate Lippestreu     Date | Stephany Lebron     Date |
| Sita Gallagher      Date | Oscar Rojas         Date |
| Juan Balbuena       Date | Hugo Arevalo        Date |
| Jose Pelaez         Date | Alfonso Logo        Date |
| Petronilo Pastrana  Date | Javier Viera        Date |

CONFIDENTIAL

g.   They have each reviewed the Exhibits to this Wage and Hour Settlement Agreement and agree that the payments provided for in Exhibit A, as well as in Paragraph 1 of this Wage and Hour Settlement Agreement, are accurate. Each Plaintiff further represents that this Wage and Hour Settlement Agreement constitutes informed consent concerning the settlement of the Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.**   **Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.**   **Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument. Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.**   **Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068. All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.**   **Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Stephanie Sanz | Date | Taylor Meschke | Date |
| | | | |
| _____ | _____ | _____ | _____ |
| Meagan McCall | Date | Katelyn Canning | Date |
| | | | |
| _____ | _____ | _____ | _____ |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |

*Victoria Fiorenza*   4/3/2015

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | 4/3/15 Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | 04:03.15  Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC                Date

By: Robert Werhane on behalf of himself                                    Date

By: Thomas Casabona on behalf of himself                                   Date

By: J.R. Lozada on behalf of himself                                       Date

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji  04/03/15 | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | 04/03/2015 Date | Javier Viera | Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC          Date

By: Robert Werhane on behalf of himself          Date

By: Thomas Casabona on behalf of himself          Date

By: J.R. Lozada on behalf of himself          Date

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh  *Stephanie Walsh  4/2/15* | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date 4/2/15 |
| Sunday Wright | Date | | |

_____   _____
By: John Sullivan on behalf of himself and Johny Utah 51 LLC   Date

_____   _____
By: Robert Werhane on behalf of himself   Date

_____   _____
By: Thomas Casabona on behalf of himself   Date

_____   _____
By: J.R. Lozada on behalf of himself   Date

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | 04/02/15 Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna ~~Rivera~~ Doulah | 4/2/15 Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

_____  _____     _____  _____
Jerson Morillo            Date        Horatio Zamora            Date


_____  _____     _____  _____
Hipolito Mendez           Date        Bryan Harmin              Date


_____  _____     _____  _____
Chris Loupos              Date        James Fransioli           Date


_____  _____     _____  _____
Matthew DeRogatis         Date        Jeffrey O'Connell         Date


_____  _____     _____  _____
Michaela Miller           Date        Michelle Matamoras        Date


_____  _____     _____   4/2/15
Shannon Kelley            Date        Kate Regan                Date


_____  _____     _____  _____
Ashley McHugh             Date        Rita Morales              Date


_____  _____     _____  _____
Maria Salazar             Date        Shereen Mohammed          Date


_____  _____
Sunday Wright             Date


_____  _____
By: John Sullivan on behalf of himself and Johny Utah 51 LLC   Date


_____  _____
By: Robert Werhane on behalf of himself                        Date


_____  _____
By: Thomas Casabona on behalf of himself                       Date


_____  _____
By: J.R. Lozada on behalf of himself                           Date

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | 04/02/2015 Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

| | | | |
|---|---|---|---|
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date  4-2-15 | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC    Date

By: Robert Werhane on behalf of himself    Date

By: Thomas Casabona on behalf of himself    Date

By: J.R. Lozada on behalf of himself    Date

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | 4/2/15 Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

| | | | |
|---|---|---|---|
| Noelle Weston | Date | *Ashley Carroll* Ashlee Carroll | 4/2/15 Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |

| | | | |
|---|---|---|---|
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | April 1, 2015 Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |

| | | | |
|---|---|---|---|
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | 4/1/15 Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |

| | | | |
|---|---|---|---|
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| *Maria Salazar* | 4/1/15 | | |
| Sunday Wright | Date | | |

By: _____  _____       By: _____  _____

_____  _____             _____  _____

# REDACTED

_____   _____   _____   _____
Matthew DeRogatis           Date          Jeffrey O'Connell            Date


_____   _____   _____   _____
Michaela Miller             Date          Michelle Matamoras           Date


_____   _____   _____   _____
Shannon Kelley              Date          Kate Regan                   Date
                                          *Rita Morales*               *4 / 1 /15*
_____   _____   _____   _____
Ashley McHugh               Date          Rita Morales                 Date


_____   _____   _____   _____
Maria Salazar               Date          Shereen Mohammed             Date


_____   _____
Sunday Wright               Date


_____   _____   _____   _____
By:                                       By:

_____   _____   _____   _____


# REDACTED

| | | | |
|---|---|---|---|
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | 4-1-15 |
| Chris Loupos | Date | James Fransioli | Date |

| | | | |
|---|---|---|---|
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | 0V-01-2015 Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |
| Chris Loupos | Date | James Fransioli | Date |

Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.    Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.    Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument.  Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.    Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068.  All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.    Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| Stephanie Sanz | 4/1/15 | Taylor Meschke | |
| | Date | | Date |
| Meagan McCall | Date | Katelyn Canning | Date |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |

| | | | |
|---|---|---|---|
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | 4/1/15 Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |
| Jerson Morillo | Date | Horatio Zamora | Date |
| Hipolito Mendez | Date | Bryan Harmin | Date |

Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.**   **Mediation Fees.**   Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.**   **Counterpart Execution Permissible.**   This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument.  Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.**   **Notices.**   All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068.  All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.**   **Interpretation of Agreement.**   The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Stephanie Sanz | Date | Taylor Meschke | Date |
| _____ | _____ | _____ | _____ |
| Meagan McCall | Date | Katelyn Canning | Date |
| _____ | _____ | _____ | _____ |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |
| _____ | _____ | _____ | _____ |
| Destiny Frye | Date | Annya Santana | Date |
| _Jessica Carillo_ | 4/1/15 | _____ | _____ |
| Jessica Carillo | Date | Jessica Wafer | Date |

| | | | |
|---|---|---|---|
| Chris Loupos | Date | James Fransioli | Date |
| Matthew DeRogatis | Date | Jeffrey O'Connell | Date |
| Michaela Miller | 2/1/15 Date | Michelle Matamoras | Date |
| Shannon Kelley | Date | Kate Regan | Date |
| Ashley McHugh | Date | Rita Morales | Date |
| Maria Salazar | Date | Shereen Mohammed | Date |
| Sunday Wright | Date | | |

By: _____  _____

_____  _____

By: _____  _____

_____  _____

# REDACTED

Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.    Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.    Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument.  Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.    Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068.  All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.    Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| _____ | _____ | _Taylor Meschke_ | _4/1/15_ |
| Stephanie Sanz | Date | Taylor Meschke | Date |
| _____ | _____ | _____ | _____ |
| Meagan McCall | Date | Katelyn Canning | Date |
| _____ | _____ | _____ | _____ |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |
| _____ | _____ | _____ | _____ |
| Destiny Frye | Date | Annya Santana | Date |
| _____ | _____ | _____ | _____ |
| Jessica Carillo | Date | Jessica Wafer | Date |

Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

**16.    Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

**17.    Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument.  Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

**18.    Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068.  All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

**19.    Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.

| | | | |
|---|---|---|---|
| Stephanie Sanz | Date | Taylor Meschke | Date |
| Meagan McCall | Date  4/2/15 | Katelyn Canning | Date |
| Jennifer Bleiweiss | Date | Victoria Fiorenza | Date |
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |

CONFIDENTIAL

| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | 4/5/15 Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

_Destiny Frye_     4/7/15     _Date_

_Annya Santana_     _Date_

_Jessica Carillo_     _Date_

_Jessica Wafer_     _Date_

_Noelle Weston_     _Date_

_Ashlee Carroll_     _Date_

_Stephanie Walsh_     _Date_

_Sarah Hicks_     _Date_

_Merrisa Principe_     _Date_

_Erica Bray_     _Date_

_Talia McKinney_     _Date_

_Nykya Luce_     _Date_

_Maimuna Rivera_     _Date_

_Chelsea Lovett_     _Date_

_Ashlee Toll_     _Date_

_Sylvia Tonska_     _Date_

_Melanie Scamfer_     _Date_

_Rhoda Galawanji_     _Date_

_Ellie MacPherson_     _Date_

_Joanna Rrezja_     _Date_

_Kate Lippestreu_     _Date_

_Stephany Lebron_     _Date_

_Sita Gallagher_     _Date_

_Oscar Rojas_     _Date_

_Juan Balbuena_     _Date_

_Hugo Arevalo_     _Date_

_Jose Pelaez_     _Date_

_Alfonso Logo_     _Date_

_Petronilo Pastrana_     _Date_

_Javier Viera_     _Date_

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date 4/7/2015 |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

| | |
|---|---|
| Jerson Morillo _____ Date | Horatio Zamora _____ Date |
| Hipolito Mendez _____ Date | Bryan Harmin _____ Date |
| Chris Loupos _____ Date | James Fransioli _____ Date |
| Matthew DeRogatis _____ Date | Jeffrey O'Connell _____ Date |
| Michaela Miller _____ Date | Michelle Matamoras _____ Date |
| Shannon Kelley _____ Date | Kate Regan _____ Date |
| Ashley McHugh _____ Date | Rita Morales _____ Date |
| Maria Salazar _____ Date | Shereen Mohammed _____ Date |
| Sunday Wright _____ Date | _Melanie Young_ 4/6/15 <br> Melanie Young |

By: John Sullivan on behalf of himself and Johny Utah 51 LLC _____ Date

By: Robert Werhane on behalf of himself _____ Date

By: Thomas Casabona on behalf of himself _____ Date

By: J.R. Lozada on behalf of himself _____ Date

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | 4-6-15 Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

| | | |
|---|---|---|
| Destiny Frye _____ Date | Annya Santana _____ Date |
| Jessica Carillo _____ Date | Jessica Wafer _____ Date |
| Noelle Weston _____ Date | Ashlee Carroll _____ Date |
| Stephanie Walsh _____ Date | Sarah Hicks _____ Date |
| Merrisa Principe _____ Date | Erica Bray _____ Date |
| Talia McKinney _____ Date | Nykya Luce _____ Date |
| Maimuna Rivera _____ Date | Chelsea Lovett _____ Date |
| Ashlee Toll _____ Date | Sylvia Tonska _____ Date |
| Melanie Scamfer _____ Date | Rhoda Galawanji _____ Date |
| Ellie MacPherson _____ Date | Joanna Rrezja _____ Date 4/6/15 |
| Kate Lippestreu _____ Date | Stephany Lebron _____ Date |
| Sita Gallagher _____ Date | Oscar Rojas _____ Date |
| Juan Balbuena _____ Date | Hugo Arevalo _____ Date |
| Jose Pelaez _____ Date | Alfonso Logo _____ Date |
| Petronilo Pastrana _____ Date | Javier Viera _____ Date |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | 6/8/15 Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

CONFIDENTIAL

    g.  They have each reviewed the Exhibits to this Wage and Hour Settlement Agreement and agree that the payments provided for in Exhibit A, as well as in Paragraph 1 of this Wage and Hour Settlement Agreement, are accurate. Each Plaintiff further represents that this Wage and Hour Settlement Agreement constitutes informed consent concerning the settlement of the Lawsuit and consent to the amounts paid to each other Plaintiff as well as the participation of each Plaintiff in the settlement.

    **16.**   **Mediation Fees.**  Each party agrees to bear its own costs and fees owed to Martin Scheinman, Esq. in connection with the mediation of this dispute.

    **17.**   **Counterpart Execution Permissible.**  This Agreement may be executed in counterparts, each of which when so executed shall be deemed an original and all such counterparts together shall constitute but one and the same instrument. Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

    **18.**   **Notices.**  All notices required to be made to Defendants shall be made in writing (letter correspondence or electronic mail) to Hillary A. Fraenkel, Esq., Marshall Dennehey Warner Coleman Goggin, P.C., 425 Eagle Rock Avenue, Suite 302, Roseland, New Jersey 07068. All notices required to be made to Plaintiffs shall be made in writing (letter correspondence or electronic mail) to Jeanne M. Christensen, Esq., Wigdor LLP, 85 Fifth Avenue, New York, New York 10003.

    **19.**   **Interpretation of Agreement.**  The Parties agree that any person or entity interpreting or construing this Agreement shall not apply a presumption that any of its provisions should be more strictly construed against the party who prepared the Settlement Agreement, as all Parties have fully participated in the preparation of all provisions of this Agreement.

    To signify their agreement to the terms of this Settlement Agreement, Plaintiffs and Defendants have executed this Settlement Agreement on the date set forth opposite their signatures which appear below.


_____  _____    _____  _____
Stephanie Sanz        Date             Taylor Meschke       Date


_____  _____    _____  _____
Meagan McCall        Date             Katelyn Canning      Date


_____  _____    _____  _____
Jennifer Bleiweiss      Date  4/6/15    Victoria Fiorenza     Date

CONFIDENTIAL

_Annya Santana_ 4/8/2015

| | | | |
|---|---|---|---|
| Destiny Frye | Date | Annya Santana | Date |
| Jessica Carillo | Date | Jessica Wafer | Date |
| Noelle Weston | Date | Ashlee Carroll | Date |
| Stephanie Walsh | Date | Sarah Hicks | Date |
| Merrisa Principe | Date | Erica Bray | Date |
| Talia McKinney | Date | Nykya Luce | Date |
| Maimuna Rivera | Date | Chelsea Lovett | Date |
| Ashlee Toll | Date | Sylvia Tonska | Date |
| Melanie Scamfer | Date | Rhoda Galawanji | Date |
| Ellie MacPherson | Date | Joanna Rrezja | Date |
| Kate Lippestreu | Date | Stephany Lebron | Date |
| Sita Gallagher | Date | Oscar Rojas | Date |
| Juan Balbuena | Date | Hugo Arevalo | Date |
| Jose Pelaez | Date | Alfonso Logo | Date |
| Petronilo Pastrana | Date | Javier Viera | Date |

**EXHIBIT A**

| NAME | Net Wage and Hour Share | Enhancement Payment | W2 Payment | Attorneys' Fees and Costs |
|---|---|---|---|---|
| Stephanie Sanz | $10,918.32 | | $10,918.32 | $5,715.34 |
| Taylor Meschke | $9,432.84 | | $9,432.84 | $4,937.74 |
| Meagan McCall | $16,105.15 | | $16,105.15 | $8,430.45 |
| Katelyn Canning | $3,775.61 | | $3,775.61 | $1,976.39 |
| Jennifer Bleiweiss | $8,962.43 | | $8,962.43 | $4,691.50 |
| Victoria Fiorenza | $7,155.09 | | $7,155.09 | $3,745.43 |
| Destiny Frye | $2,265.37 | | $2,265.37 | $1,185.84 |
| Annya Santana | $3,008.11 | | $3,008.11 | $1,574.63 |
| Jessica Carillo | $6,771.34 | | $6,771.34 | $3,544.55 |
| Jessica Wafer | $5,657.23 | | $5,657.23 | $2,961.35 |
| Noelle Weston | $3,775.61 | | $3,775.61 | $1,976.39 |
| Ashlee Carroll | $13,480.79 | | $13,480.79 | $7,056.70 |
| Stephanie Walsh | $4,902.10 | | $4,902.10 | $2,566.07 |
| Sarah Hicks | $4,877.35 | | $4,877.35 | $2,553.11 |
| Merrisa Principe | $1,893.99 | | $1,893.99 | $991.44 |
| Erica Bray | $4,518.35 | | $4,518.35 | $2,365.19 |
| Talia McKinney | $8,962.43 | | $8,962.43 | $4,691.50 |
| Nykya Luce | $1,485.49 | | $1,485.49 | $777.60 |
| Maimuna Rivera | $1,893.99 | | $1,893.99 | $991.44 |
| Chelsea Lovett | $4,902.10 | | $4,902.10 | $2,566.07 |
| Ashlee Toll | $1,522.62 | | $1,522.62 | $797.04 |
| Sylvia Tonska | $2,636.74 | | $2,636.74 | $1,380.24 |
| Melanie Scamfer | $4,567.87 | | $4,567.87 | $2,391.11 |
| Rhoda Galawanji | $3,379.48 | | $3,379.48 | $1,769.03 |
| Ellie MacPherson | $2,525.33 | | $2,525.33 | $1,321.92 |
| Joanna Rrezja | $1,138.87 | | $1,138.87 | $596.16 |
| Kate Lippstreu | $2,995.73 | | $2,995.73 | $1,568.15 |
| Stephany Lebron | $2,252.99 | | $2,252.99 | $1,179.36 |
| Sita Gallagher | $1,510.24 | | $1,510.24 | $790.56 |
| Oscar Rojas | $9,398.40 | $1,000.00 | $10,398.40 | $5,443.18 |
| Juan Balbuena | $11,428.57 | $1,000.00 | $12,428.57 | $6,505.90 |
| Huge Arevalo | $7,179.85 | | $7,179.85 | $3,758.39 |
| Jose Pelaez | $9,395.70 | | $9,395.70 | $4,918.30 |
| Alfonso Logo | $2,079.68 | | $2,079.68 | $1,088.64 |
| Petronilo Pastrana | $3,379.48 | | $3,379.48 | $1,769.03 |
| Javier Viera | $1,844.48 | | $1,844.48 | $965.52 |

| | | | | |
|---|---|---|---|---|
| Jerson Morillo | $383.75 | | $383.75 | $200.88 |
| Horatio Zamora | $730.36 | | $730.36 | $382.32 |
| Hipolito Mendez | $7,538.84 | | $7,538.84 | $3,946.31 |
| Bryan Harmin | $3,902.10 | $1,000.00 | $4,902.10 | $2,566.07 |
| Chris Loupos | $6,585.66 | | $6,585.66 | $3,447.35 |
| James Fransioli | $5,496.30 | | $5,496.30 | $2,877.11 |
| Matthew DeRogatis | $3,948.92 | | $3,948.92 | $2,067.11 |
| Jeffrey O'Connell | $4,320.29 | | $4,320.29 | $2,261.51 |
| Michaela Miller | $1,869.24 | | $1,869.24 | $978.48 |
| Michelle Matamoras | $1,126.49 | | $1,126.49 | $589.68 |
| Shannon Kelley | $1,126.49 | | $1,126.49 | $589.68 |
| Kate Regan | $1,448.35 | | $1,448.35 | $758.16 |
| Ashley McHugh | $1,398.83 | | $1,398.83 | $732.24 |
| Rita Morales | $5,223.96 | | $5,223.96 | $2,734.55 |
| Maria Salazar | $14,297.80 | | $14,297.80 | $7,484.37 |
| Shereen Mohammad | $3,466.13 | | $3,466.13 | $1,814.39 |
| Katherine Whelan | $1,770.20 | | $1,770.20 | $926.64 |
| Melanie Young | $1,522.62 | | $1,522.62 | $797.04 |
| Sunday Wright | $1,423.59 | | $1,423.59 | $745.20 |
| | | | | |
| **TOTAL** | $259,559.67 | $3,000.00 | $262,559.67 | $137,440.33 |

**EXHIBIT B**

**[to be inserted]**

<u>**EXHIBIT C**</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
STEPHANIE SANZ, BRYAN HARMIN, ANNYA              **INDEX NO. 14-cv-4380 (JMF)**
SANTANA, NYKYA LUCE, JESSICA WAFER,
KATELYN CANNING, STEPHANIE WALSH, OSCAR
ROJAS, TAYLOR MESCHKE, JENNIFER BLEIWEISS,
JUAN BALBUENA, DESTINY FRYE, ERICA BRAY,
JESSICA CARILLO, ASHLEY CARROLL, MAIMUNA
DOULA, VICTORIA FIORENZA, RHODA GALAWANJI,
SITA GALLAGHER, ASHLEE GAUGHEN TOLL, SARAH
HICKS, STEPHANY LEBRON, KATE LIPPSTREU,
CHELSEA LOVETT, MEAGHAN MCCALL, TALIA
MCKINNEY, MERRISA PRINCIPE, JOANNA RREZJA,
SYLVIA TONSKA AND NOELLE WESTON,
individually and on behalf of all other similarly situated
Plaintiffs,

                    v.

JOHNY UTAH 51 LLC, D/B/A JOHNNY UTAH'S,
JOHN SULLIVAN, THOMAS CASABONA, J.R. LOZADA,
DOE Corporations I through X, inclusive, and DOE Limited
Liability Companies I through X, inclusive,

                              Defendants.
-------------------------------------------------------------------------X

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and

through undersigned counsel, that all of the claims asserted by Plaintiffs against Defendants in

the above-captioned action, including any claims for costs or attorneys' fees, are hereby

dismissed with prejudice and without costs or attorneys' fees to any party; and

The Court retains jurisdiction to enforce the terms of the settlement.

Dated: March ___, 2015                    Dated: March __, 2015
       New York, New York                           New York, New York

WIGDOR LLP                                MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN & GOGGIN


By: _____              By: _____
       Douglas H. Wigdor                            Hillary A. Fraenkel
       David E. Gottlieb
       Jeanne Christensen

       85 Fifth Avenue                              425 Eagle Rock Avenue, Suite 302
       New York, NY 10003                           Roseland, NJ 07068
       Telephone:  (212) 257-6800                   Telephone: (973)618-4113
       Facsimile:  (212) 257-6845                   Facsimile:  (973)618-0685
       dwigdor@wigdorlaw.com                        hafraenkel@mdwcg.com
       dgottlieb@wigdorlaw.com
       jchristensen@wigdorlaw.com

*Attorneys for Plaintiffs*                *Attorneys for Defendants*

**So Ordered:**  _____
       **Hon. Jesse M. Furman**